# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| William James Isgar, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:16-01098-CV-W-HFS |
| ) | |
| State (all officials and employees), et al., ) | |
| ) | |
| Defendants. ) | |

## CLERK'S JUDGMENT

    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    **ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (ECF doc. 1) is

GRANTED. It is further

    **ORDERED** that the complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a cause of action.

                                                   PAIGE WYMORE-WYNN
                                                   CLERK OF COURT

October 18, 2016

                                                   /s/ Robin L. Jones
                                                 by Robin L. Jones, Deputy Clerk